UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr-51-JA-RMN

JUSTIN THOMAS HURT

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Special Assistant United States Attorney Matthew Del Mastro.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Bianca S. Bansal</u>*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Bianca.Bansal@usdoj.gov

**U.S. v. JUSTIN THOMAS HURT** **Case No. 6:25-cr-51-JA-RMN**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Aisha Nash
Assistant Federal Defender

*/s/ Bianca S. Bansal*

Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Bianca.Bansal@usdoj.gov